# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2235

_____

| | |
|---|---|
| Donna R. Wallace, as parent and next friend of Donna L. Wallace, a minor, | * * * * |
| Appellant, | * * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Bryant School District; Winston F. Simpson; Al Polsgrove; Steve Griffin; Rebecca P. Sanders; Norris Medlin; Mike McCreight; Jim Davis; Les O'Neal; Allan Stanford, | * Eastern District of Arkansas. * * **[UNPUBLISHED]** * * |
| Appellees. | * |

_____

Submitted: February 7, 2000
Filed: March 14, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

This is an action challenging the discipline Donna Wallace received for disrupting her middle school music class. The district court[1] granted summary judgment dismissing all claims, and Donna's mother appeals. The 42 U.S.C. § 1983 claims for deprivation of liberty and substantive due process are patently frivolous. In addition, we agree with the reasons stated by the district court for dismissing the various state law claims. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas.